FILED'08 SEP 25 12:05USDC-ORM

IN THE UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF OREGON

| | |
|---|---|
| MONICA MATTHEWS, | Civil No. 1:08-CV-59-CL |
| Plaintiff, | |
| vs. | JUDGMENT |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security | |
| Defendant | |

   IT IS ORDERED AND ADJUDGED that this case is REVERSED and REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social Security for further administrative proceedings in accordance with this Court's Order.

   Judgment is entered for Plaintiff and this case is closed.

DATED this __25__ day of __Sept__ 2008.

_____
UNITED STATES DISTRICT JUDGE